NUANCE COMMUNICATIONS, INC., a Delaware Corporation, Plaintiff–Appellant,

v.

ABBYY SOFTWARE HOUSE, a Russian Corporation, ABBYY USA Software House, a California Corporation, Lexmark International, Inc., a Delaware Corporation, and ABBYY Production LLC, Defendants–Cross–Appellants.

Nos. 2014–1229, 2014–1260.

United States Court of Appeals, Federal Circuit.

April 7, 2014.

Deanne Maynard, Counsel, Marc A. Hearron, Jessica Elizabeth Palmer, Attorney, Morrison & Foerster LLP, Washington, DC, Brooks M. Beard, Attorney, Michael Allen Jacobs, Attorney, Morrison & Foerster LLP, San Francisco, CA, for Plaintiff-Appellant.

Erik R. Puknys, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Palo Alto, CA, Don O. Burley, Attorney, Douglas A. Rettew, Esq. Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, James C. Hall, Esq., Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C. Boston, MA, for Defendants–Cross–Appellants.

ON MOTION

ORDER

The parties jointly move to withdraw their appeals. Nuance Communications, Inc., in the alternative, moves for a 30–day extension of time to file its opening brief.

Upon consideration thereof, IT IS ORDERED THAT:

(1) The motion to withdraw these appeals is granted. The appeals are dismissed.

(2) Each side shall bear its own costs.

(3) All other pending motions are denied as moot.